FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR - 9 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
          Plaintiff, )
    v. )    2:11-CR-057-LDG (CWH)
NOE CONTRERAS, )
aka Primillo, )
          Defendant. )

### FINAL ORDER OF FORFEITURE

On November 28, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant NOE CONTRERAS, aka Primillo, to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant NOE CONTRERAS, aka Primillo, pled guilty. Docket #8, #102, #103, #110.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 1, 2011, through December 30, 2011, notifying all third parties of their

1  right to petition the Court. #123.

2  This Court finds no petition was filed herein by or on behalf of any person or entity and the
3  time for filing such petitions and claims has expired.

4  This Court finds no petitions are pending with regard to the assets named herein and the time
5  for presenting such petitions has expired.

6  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
7  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
8  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
9  32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 18, United States Code,
10 Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21,
11 United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title
12 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

(a) 2009 Dodge Challenger R/T, VIN 2B3LJ54T19H503073;

(b) 2008 Chevrolet Tahoe LTZ, VIN 1GNFC13J28R194198;

(c) 2007 Chevrolet Silverado 2500 LTZ, VIN 1GCHK23637F566766;

(d) 2006 Dodge Ram 1500 SRT-10 Truck, VIN 3D7HA18H86G152490;

(e) 2005 Kenworth T600 Extended Day Cab Aero Motor Truck Tractor, VIN
    1XKADB9X85J071120;

(f) 1999 Wilson Commercial Flatbed Trailer, VIN 4WWBGB6BXXM602298;

(g) Smith and Wesson, .40 caliber automatic handgun, Serial # RCA8728;

(h) Colt .45 caliber automatic handgun, Serial # 70N04624;

(i) $38,980.00 in United States currency; and

(j) any and all ammunition ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
as any income derived as a result of the United States of America's management of any property

1  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
2  according to law.
3       The Clerk is hereby directed to send copies of this Order to all counsel of record and three
4  certified copies to the United States Attorney's Office.
5       DATED this ___9___ day of __MARCH__, 2012.

                                   _____
                                   UNITED STATES DISTRICT JUDGE