FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 1 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
          Plaintiff, )
           )
v. )    2:11-CR-057-LDG-CWH
           )
FRANCISCO MUNOZ, )
aka "Red," )
           )
          Defendant. )

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on March 12, 2012, defendant FRANCISCO MUNOZ, aka "Red", pled guilty to a Criminal Information charging him in Count One with Conspiracy to Distribute Marijuana in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and in Count Two with Possession of a Firearm by a Prohibited Person, in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant FRANCISCO MUNOZ, aka "Red", agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Criminal Information and the Plea Agreement.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Information and the Plea Agreement and the offenses to which defendant FRANCISCO MUNOZ, aka "Red", pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and 853(a)(2); and Title 18, United States Code, Section 924(d)(1) and Title 28,

United States Code, Section 2461(c):

 (a) a 2009 Dodge Challenger R/T, VIN 2B3LJ54T19H503073;

 (b) a 2008 Chevrolet Tahoe LTZ, VIN 1GNFC13J28R194198;

 (c) a 2007 Chevrolet Silverado 2500 LTZ, VIN 1GCHK23637F566766;

 (d) a 2006 Dodge Ram 1500 SRT-10 Truck, VIN 3D7HA18H86G152490;

 (e) 2005 Kenworth T600 Extended Day Cab Aero Motor Truck Tractor, VIN 1XKADB9X85J071120;

 (f) a 1999 Wilson Commercial Flatbed Trailer, VIN 4WWBGB6BXXM602298;

 (g) a Smith and Wesson SW40VE, .40 caliber automatic handgun, Serial # RCA8728;

 (h) a Colt .45 Gold Cup National Match, .45 caliber automatic handgun, Serial # 70N04624;

 (i) $38,980.00 in United States currency; and

 (j) any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of FRANCISCO MUNOZ, aka "Red", in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition,

1 | pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 12 day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE